| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Vivian Carden_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>Melissa Carden    1/22/0) |
| 1. Article Addressed to:<br><br>Alabama Electric<br>Cooperative, Inc.<br>C/o J. Theodore Jackson, Jr.<br>184 Commerce Street<br>Montgomery, AL 36104<br><br>08cv44  S&C | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7003 0500 0004 7264 4956 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |