IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:08-CV-44 ) |
| ALABAMA ELECTRIC COOPERATIVE, INC., | ) ) ) |
| Defendant. | ) ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Employers Insurance Company of Wausau, Plaintiff in the above-captioned matter, in accordance with the order of this Court and makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

_____   This party is an individual, or

_____   This party is a governmental entity, or

_____   There are no entities to be reported, or

__XXX__   The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Liberty Mutual Holding Company, Inc. | Employers Insurance Company of Wausau is a stock insurance company wholly-owned by Liberty Mutual Holding Company, Inc. |

1/23/08
/Date

Wesley B. Gilchrist  GILCW4083
Attorney for Employers Insurance
Company of Wausau

LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, Alabama 35203
Telephone (205) 581-0700
Facsimile (205) 581-0799
*wgilchrist@lightfootlaw.com*

### CERTIFICATE OF SERVICE

I, Wesley B. Gilchrist, do hereby certify that a true and correct copy of the foregoing has been furnished by United States Postal Service, first-class postage prepaid, on this 23rd day of January, 2008, to:

Alabama Electric Cooperative, Inc.
c/o J. Theodore Jackson Jr.
184 Commerce Street
Montgomery, AL 36104

_____
Of Counsel