IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:08cv44-SRW |
| ALABAMA ELECTRIC COOPERATIVE, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff, Employers Insurance Company of Wausau, gives notice of the dismissal of the complaint filed in this action. Defendant, Alabama Electric Cooperative, Inc. ("AEC"), has not yet answered or otherwise appeared in this action.

s/ William H. Brooks
Attorney for Plaintiff

OF COUNSEL:

William H. Brooks (BROOW3330)
Wesley B. Gilchrist (GILCW4083)
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
400 North 20th Street
Birmingham, Alabama 35203
Telephone (205) 581-0700
Facsimile (205) 581-0799

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2008, a true and correct copy of the foregoing has been served by United States mail, postage prepaid, properly addressed to:

Art Brunson, Esq.
PowerSouth Energy Cooperative f/k/a Alabama Electric Cooperative, Inc.
2027 East Three Notch Street
Andalusia, AL 36421

                                                  s/ William H. Brooks
                                                  Of Counsel